Dwight and another v. Splane.

---

SAME CASE—ON AN APPLICATION FOR A RE-HEARING.

In this case, upon an application for a re-hearing, the court have determined to amend its former judgment, by remitting the damages for a frivolous appeal; and the clerk in making out a copy of the judgment to be filed in the court below, will omit the part in relation to damages.